

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

November 26, 2018

Honorable Louis L. Stanton
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***Boot v. Viacom International Inc. (1:18-cv-9087-LLS)***

Dear Judge Stanton,

We represent Plaintiff, Adrian Boot, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final notice of dismissal by such time.

The Court's consideration is much appreciated.

                                          Respectfully submitted,

                                          /s/Richard Liebowitz
                                          Richard P. Liebowitz

                                          *Counsel for Plaintiff Adrian Boot*

