ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ADRIAN BOOT,

       Plaintiff,

       - against -

VIACOM INTERNATIONAL INC.,

       Defendant.
- - - - - - - - - - - - - - - - - - -X

18 Civ. 9087 (LLS)

ORDER

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

    So ordered.

Dated: New York, N.Y.
       November 27, 2018

                              *Louis L. Stanton*
                              Louis L. Stanton
                                 U.S.D.J.